# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160531

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* J.A.I. SATCHELL-VENTA, Minor.

SC: 160531
COA: 347906
Oakland CC Family Div:
09-760330-NA

_____/

On order of the Court, the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2019



b1226

Clerk